```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17047
    RACHELLE R FAULKNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3143


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/01/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------

CHASE HOME FINANCE LLC    CURRENT MORTG         .00          .00            .00
CITIFINANCIAL             CURRENT MORTG         .00          .00            .00
CITIFINANCIAL             MORTGAGE ARRE     3733.00          .00            .00
COOK COUNTY TREASURER     SECURED           1606.53          .00            .00
CITY OF CHICAGO WATER DE  SECURED            567.05          .00            .00
CITY OF CHICAGO WATER DE  SECURED            899.30          .00            .00
DYCK O NEAL INC           CURRENT MORTG         .00          .00            .00
GMAC                      SECURED VEHIC     1883.53          .00            .00
LASALLE BANK              CURRENT MORTG         .00          .00            .00
LASALLE BANK              MORTGAGE ARRE    27118.00          .00            .00
WILSHIRE CREDIT CORP      NOTICE ONLY     NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          977.50          .00            .00
CCS                       UNSECURED       NOT FILED          .00            .00
CREDIT COLLECTION SERV    NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               UNSECURED         2575.04          .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED          .00            .00
COMCAST                   UNSECURED       NOT FILED          .00            .00
COMCAST                   NOTICE ONLY     NOT FILED          .00            .00
CREDIT COLLECTION SERVIC  UNSECURED       NOT FILED          .00            .00
IC SYSTEMS INC            UNSECURED       NOT FILED          .00            .00
IC SYSTEM INC             NOTICE ONLY     NOT FILED          .00            .00
NELNET INC                UNSECURED       NOT FILED          .00            .00
ORCHARD BANK              UNSECURED       NOT FILED          .00            .00
ORCHARD BANK              UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          807.87          .00            .00
SOCIAL SECURITY ADMINIST  UNSECURED       NOT FILED          .00            .00
VILLAGE OF OAK PARK       UNSECURED       NOT FILED          .00            .00
YVETTE FAULKNER           NOTICE ONLY     NOT FILED          .00            .00
DONNA WRIGHT              NOTICE ONLY     NOT FILED          .00            .00
YVETTE FAULKNER           NOTICE ONLY     NOT FILED          .00            .00
YVETTE FAULKNER           NOTICE ONLY     NOT FILED          .00            .00
WILSHIRE CREDIT CORPORAT  NOTICE ONLY     NOT FILED          .00            .00
DYCK O NEAL INC           SECURED NOT I     4056.36          .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY     NOT FILED          .00            .00
CHASE HOME FINANCE LLC    SECURED NOT I        .00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17047 RACHELLE R FAULKNER
```

```
ISAC                      UNSECURED             466.32              .00              .00
TIMOTHY K LIOU            DEBTOR ATTY              .00                               .00
TOM VAUGHN                TRUSTEE                                                    .00
DEBTOR REFUND             REFUND                                                     .00
```

   Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                       .00                      .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 17047 RACHELLE R FAULKNER